

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-20-00495-CV

**IN RE** Alicia P. **WILLEFORD**, Relator

Original Mandamus Proceeding[1]

### ORDER

We conditionally grant a petition for writ of mandamus, and order the Honorable Richard Edward Price to, within fifteen days of this order, vacate his September 4, 2020 "Order on Motion for New Trial." *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Price has failed to comply with this order. Our October 7, 2020 stay is lifted.

It is so **ORDERED** on February 3, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI11792, styled *In the Marriage of Alicia P. Willeford and Jimmy D. Willeford, and In the Interest of C.A.D.W., a Child*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Richard Edward Price sitting by assignment.